IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RP WYNSTONE, LP, ET AL.<br>     Plaintiff,<br> v.<br><br>NEW HANOVER TOWNSHIP, ET AL.,<br><br>     Defendant. | CIVIL ACTION<br>NO. 24-959 |

## ORDER

**AND NOW**, this 23rd day of December 2024, upon consideration of Defendants' New Hanover Township, New Hanover Township Authority, Board of Supervisors of New Hanover Township, Jamie Gwynn, William Ross Snook, Kurt Zebrowski, Marie Livelsberger, Boone Flint, Thomas Miskiewicz, Charles Garner, Russel Oister, Susan Smith, and William Moyer's Motion to Stay Proceedings (Doc. No. 33), Plaintiffs' Response in Opposition (Doc. No. 39), Defendants' Reply (Doc. No. 41), the arguments of counsel at the hearing held on October 25, 2024, and in accordance with the Opinion issued on this date, it is **ORDERED** that the Motion to Stay Proceedings (Doc. No. 33) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.

JOEL H. SLOMSKY, J.