IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RP WYNSTONE, LP, ET AL.
                Plaintiff,
v.

NEW HANOVER TOWNSHIP, ET AL.,

                Defendant.

CIVIL ACTION
NO. 24-959

## **ORDER**

**AND NOW**, this 5th day of February 2025, upon consideration of Defendants' Motions to Dismiss the Complaint (Doc. Nos. 30, 34, 35), Plaintiffs' Omnibus Response to Defendants' Motions to Dismiss the Complaint (Doc. No. 42), the arguments of counsel for the parties at the hearing on the Motions to Dismiss held on October 25, 2024, and for the reasons stated in the Opinion of the Court issued on this day, it is **ORDERED** that Defendants' Motions (Doc. Nos. 30, 34, 35) are **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.

JOEL H. SLOMSKY, J.